IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DONYEIL CUNNINGHAM | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 3:07-CV-71 (CDL) |
| WARDEN HART, | * | |
| Respondent. | * | |
| | * | |

## ORDER ON RECOMMENDATION TO DISMISS OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on November 2, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of February, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE